**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUDIAH BRICKERS,<br><br>       Plaintiff,<br><br>  v.<br><br>CRESCO LABS, et al.,<br><br>       Defendants. | Case No. 2:22-cv-04659-FLA (AFMx)<br><br>**ORDER DISMISSING ACTION [DKT. 28]** |

1

On February 7, 2023, Defendants Cresco Labs, JDRC Managed Services, and Lucas Hathaway ("Defendants") and Plaintiff Chaudiah Brickers ("Plaintiff") filed a Joint Stipulation to Dismiss the Entire Action with Prejudice ("Stipulation"). Dkt. 28. Having considered the Stipulation and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED. Plaintiff's Motion to Remand, Dkt. 14, is DENIED as moot.
2. The court DISMISSES the action with prejudice.
3. The parties shall respectively bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: February 8, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2